## NATIONAL SURETY CO. v. JONES et al.

No 8576—Opinion Filed Feb. 12, 1913.

(170 Pac. 1146.)

### Appeal and Error—Failure to File Briefs —Reversal.

Under the rules of the Supreme Court, where the plaintiff has duly filed brief which reasonably sustains his contention that the judgment of the trial court is erroneous and the defendant fails to file brief within time or give a reasonable excuse for his failure to do so, the Supreme Court will not search the record to find some theory on which the judgment below may be sustained, but may reverse the judgment.

(Syllabus by Pryor, C.)

Error from District Court, Cherokee County; John H. Pitchford, Judge.

Action by William M. Jones and others against the National Surety Company. Judgment for plaintiffs, and defendant brings error. Reversed and cause remanded.

Maxey & Brown, for plaintiffs in error.

C. F. Bliss, E. C. McMichael, J. Berry King, and Edward O. Griesel, for defendants in error.

Opinion by PRYOR, C. The question presented on appeal by the plaintiff in error is that the petition of the defendants in error, who were plaintiffs below, does not

state a cause of action against the plaintiff in error, who was defendant below, and there is no legal evidence to sustain the judgment of the trial court. On the 6th day of March, 1917, the plaintiff in error filed its brief, which reasonably supports its contentions. The defendants in error have failed to file briefs or to give any reasonable excuse for their failure to do so.

Under the rules of this court, which have been repeatedly and consistently followed, this judgment is reversed, and the cause remanded.

By the Court: It is so ordered.